UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| **RICARDO SHAW,** | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:22-cv-03259-GLR |
| **DETECTIVE MAURICE WARD,** *et al.,* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION FOR ISSUANCE OF RULE 111 ORDER

Plaintiff Ricardo Shaw, along with Defendants Baltimore City Police Department ("BPD") and Frederick Bealefeld (together the "Parties"), by and through undersigned counsel, respectfully file this Joint Motion for Issuance of a Rule 111 Order, and in support thereof state as follows:

1. On December 17, 2022, Plaintiff Ricardo Shaw ("Plaintiff") filed a Complaint against Defendants Maurice Ward, Kenneth Ivery, and Baltimore Police Department. ECF No. 1.

2. To date, BPD and Bealefeld are the only parties to sign a Waiver of the Service of Summons. The remaining Defendants have not yet been served.

3. The Parties have reached an agreement to resolve this matter without further litigation.

4. The Parties request that the Court enter a Rule 111 Order without prejudice to the right of either Party to move for good cause within 60 days to reopen this action if settlement is not consummated.

**WHEREFORE**, the Parties respectfully request that this Court issue a Rule 111 Settlement Order.

                                                              Respectfully submitted,

Ebony M. Thompson,
ACTING BALTIMORE CITY SOLICITOR

_____/s/_____
James A. H. Corley (Fed. Bar 30016)
Chief Solicitor
Alexa E. Ackerman (Fed. Bar 19943)
Assistant Solicitor
Baltimore City Department of Law
100 N. Holliday Street, Room 101
Baltimore, MD 21202
(410) 274-8614 / (410) 396-2126 fax
jim.corley@baltimorecity.gov
alexa.ackerman@baltimorecity.gov
*Counsel for Defendants BPD and Bealefeld*

_____/s/_____
A. Dwight Pettit (Fed. Bar 01697)
Latoya Francis-Williams (Fed. Bar 29957)
Law Office of A. Dwight Pettit, PA.
3606 Liberty Heights Avenue
Baltimore, Maryland 21215
(410) 542-5400
(410) 664-7520 – facsimile
adpettit@adwightpettit.com
Latoya.f.williams@gmail.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of April 2023, a copy of the foregoing Joint Motion for Issuance of Rule 111 Order was filed with the United States District Court for the District of Maryland by electronic filing. All counsel of record being served via the Court's electronic filing system.

_____/s/_____
James A. H. Corley