# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## Northern Division

| | |
|---|---|
| **RICARDO SHAW,** | * |
| Plaintiff, | * |
| v. | * Civil Action No.: 1:22-cv-03259-GLR |
| **DETECTIVE MAURICE WARD,** *et al.,* | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## [PROPOSED] ORDER

Upon consideration of the Joint Motion for Entry of Rule 111 Settlement Order, it is this _____ day of _____, 2023, hereby

**ORDERED** that the Joint Motion is **GRANTED**; and it is further

**ORDERED** that the Court shall issue a Rule 111 Settlement Order without prejudice to the right of a party to move for good cause within 60 days to reopen this action if settlement is not consummated.

_____
Honorable Judge George L. Russell
U.S. District Court for the District of Maryland